IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FAIRLY W. EARLS,

    Plaintiff,

  v.

KARI BUSKE and
JOY MERBACK,

    Defendants.

Case No. 20-cv-816-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | January 28, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |