IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FAIRLY W. EARLS,

               Plaintiff,             NOTICE OF APPEAL

V.                                                    20-cv-816-wmc

KARI BUSKE and
JOY MERBACK,

               Defendants.

---

NOTICE OF APPEAL

---

Notice is hereby given that Fairly W. Earls , Plaintiff in the above entitled Action, hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the United States District Court denying a Civil lawsuit at the screening stage entered on 01/27/2022.

02-07-2022

                                                                 Fairly W. Earls 369129
                                                                 Columbia Correctional
                                                                 P.O. Box 900
                                                                 Portage, WI. 53901