IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FAIRLY W. EARLS,

                Plaintiff,                ORDER

v.

                                      20-cv-816-wmc

KARI BUSKE and
JOY MERBACH,

                Defendants.

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above-entitled matter, IT IS ORDERED THAT plaintiff Fairly W. Earls' request for injunctive and declaratory relief is DISMISSED as moot.

Entered this 17th day of October, 2022.

                                            BY THE COURT:

                                            /s/

                                            _____
                                            WILLIAM M. CONLEY
                                            District Judge